BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 93-0373 MAG |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO RESET HEARING** |
| v. ) | |
| BENNIE HATTLEY, ) | |
| Defendant. ) | |

    Bennie Hattley is currently scheduled to next appear before this Court for status regarding a probation violation on Tuesday, September 8, 2015. Based on the reasons set forth herein, the parties request that the matter be rescheduled to September 18, 2015.

    Mr. Hattley's appearance before the Court is based on a bench warrant issued decades ago stemming from a non-appearance in Court post-sentencing and near the end of Mr. Hattley's imposed probation term. The warrant was not entered into the system, and as a result, despite several contacts with state authorities relating to state court matters, he was never advised of the outstanding warrant and the warrant was never executed. Significantly, Mr. Hattley successfully completed a three-year term of

CR 93-0373 MAG
STIP. AND PROP. ORDER

state supervision in or about 2013.  Thus, any remaining federal probation time would easily have been successfully completed during this time as well.  For these reasons, the parties seek to put this matter over until Friday, September 18, 2015, at 9:30 a.m., to work with the U.S. Probation Office to try and resolve this case.  Additionally, Mr. Hattley suffers from multiple health issues which make appearing in Court more difficult than the average defendant.  While we are working toward a possible resolution, we would like to keep appearances for Mr. Hattley to a minimum.  The Probation Office has no objection and the government has confirmed that the Probation Officer is available on September 18, 2015.

Accordingly, the parties ask that the matter be removed from the Court's calendar on September 8, 2015, and reset for September 18, 2015.

DATED: September 4, 2015                    Respectfully submitted,

/s/ Brigid Martin_____
BRIGID S. MARTIN
Assistant United States Attorney

/s/ Joyce Leavitt_____
JOYCE LEAVITT
Counsel for Mr. Hattley

### [PROPOSED] ORDER

Based on the representation of the parties and joint request to reset this matter, IT IS HEREBY ORDERED that the matter is VACATED on September 8, 2015, and RESET before the Duty Magistrate Judge, the Honorable Kandis A. Westmore, on September 18, 2015, at 9:30 a.m. for further status or resolution of the probation violation.

*Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge

DATED:    9/4            , 2015

CR 93-0373 MAG
STIP. AND PROP. ORDER